JOHNNY SYDNEY, Appellant, v STATE OF NEW YORK, Respondent.

Submitted October 3, 2005; decided November 21, 2005

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine

the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.